UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD SCOTT,<br><br>            Petitioner,<br><br>    v.<br><br>TIM OCHOA, WARDEN,<br><br>            Respondent. | CASE NO. CV 11-2577-GHK (PJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

    Further, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right and,

1   therefore, a certificate of appealability is denied.  *See* Rules
2   Governing Section 2254 Cases in the United States District Courts,
3   Rule 11(a); 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El*
4   *v. Cockrell*, 537 U.S. 322, 336 (2003).

6   DATED:    8/5/11    .

8                                   _____
                                    GEORGE H. KING
                                    UNITED STATES DISTRICT JUDGE

28  C:\Temp\notesE1EF34\CV 11-2577.SCOTT.ORD.wpd