```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

REGINALD SCOTT,                 )    CASE NO. CV 11-2577-GHK (PJW)
                                )
          Petitioner,           )
                                )    J U D G M E N T
     v.                         )
                                )
TIM OCHOA, WARDEN,              )
                                )
          Respondent.           )
_____)
```

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   8/5/11   .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\CV 11-2577.JUDGMENT.wpd